UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MOSSACK FONSECA & CO., S.A, BUFETE | : | CIVIL ACTION NO: |
| MF & CO., JÜRGEN MOSSACK and | : | |
| RAMÓN FONSECA | : | |
| | : | |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| NETFLIX INC. | : | |
| Defendant | : | OCTOBER 15, 2019 |

## APPLICATION FOR PRELIMINARY INJUNCTION

The Plaintiffs, by and through their Attorney, move this Court, pursuant to Rule

and 65(a) of the Federal Rules of Civil Procedure, for a Preliminary Injunction, (1)

enjoining the Defendant, **NETFLIX INC.** (hereinafter "**NETFLIX**") from airing its film

"The Laundromat" in theatres and/or via its streaming platform to subscribers, using the

names of the Plaintiffs, absent a disclaimer and/or written acknowledgement displayed to

the viewer confirming that Plaintiffs have never been convicted of money laundering, tax

evasion or any financial crime or conspiracy to commit such crime, and that views

expressed or implied in the movie do not, and are not, meant to constitute proof to the

contrary, and (2) prohibiting **NETFLIX** from using and/or tarnishing Mossack Fonseca

& Co., S.A.'s (hereinafter "**MFSA**") trademarked and properly registered and protected

logo, without express written consent, authority and/or license granted by **MFSA**.

In support of this Application, the Plaintiffs have submitted an accompanying

Memorandum in Support of Temporary Restraining Order and Preliminary Injunction,

and rely further upon the Affidavit of Arthur Ventura Jr., the Plaintiff's Verified

Complaint, any other pleadings and papers filed in this action, and where applicable the

arguments of Plaintiffs'Counsel and/or further evidence as the Court may consider at or before a hearing upon this Application or any hearing upon Order to Show Cause why the Plaintiffs' Application Preliminary Injunction should not issue.

Plaintiffs (hereinafter "**MFGROUP**") bring this action for damages and injunctive relief against Defendant Netflix, for Defamation, (Libel and Libel <u>Per</u> <u>Se</u>), False Light Invasion of Privacy, Trademark Infringement by Dilution, and Federal False Advertising. The Plaintiffs' injunctive relief claims are rooted in all of the aforementioned causes of action, except the Federal False Advertising Count.

` This Court has wide discretion in determining whether to grant a preliminary injunction. Millions of **NETFLIX** subscribers worldwide will begin to view "The Laundromat," on October 18, 2019. The movie defames the Plaintiffs and directly and/or by innuendo portrays them to be guilty of money laundering, tax evasion, bribery and or other crimes. Notably, the anticipated release date corresponds with times during which the Plaintiffs will be defending criminal charges against them in Panama. The legal system in Panama obligates prosecutors to investigate what it learns in the media where an accusation of crime appears, under the doctrine of <u>notitita</u> <u>criminis</u>. Additionally, since both **MOSSACK** and **FONSECA** are the subjects of an FBI Investigation in the Southern District of New York that could result in a trial in the United States, the false "Big Screen" portrayal of their involvement in money laundering and/or other financial crimes poses an immediate threat and harm to the Plaintiffs' fair Trial rights. The defamatory representations made about Plaintiffs' involvement in crime and unethical behavior, along with the disparaging manner in which the Plaintiffs and their protected logos are portrayed, stands to affect current proceedings against them in Panama, and to

pollute a potential jury pool in a U.S. criminal prosecution. Plaintiffs are entitled to injunctive relief preventing **NETFLIX** from defaming the Plaintiffs, or any of them, and disparaging and misusing their protected logo(s) for economic gain.

Additionally, **NETFLIX's** portrayal of the Plaintiffs as criminals in the movie threatens to undo any opportunity they have to regain clientele or conduct future business. The manner in which **NETFLIX** portrays **MFGROUP** will cause others to avoid them in business, and future opportunities will be lost, due to NETFLIX's portrayal of the Plaintiffs in the false light of criminality.

The Plaintiffs are very likely to suffer immediate irreparable harm, and they are also likely to succeed on the merits of their claims as expounded in the Verified Complaint. Thus, they are entitled to injunctive relief.

**WHEREFORE** the Plaintiff, therefore, prays that a narrowly tailored Preliminary Injunction be issued forthwith, and without the necessity of Plaintiffs posting a bond. The Plaintiffs also pray that the Preliminary Injunction continue as against the Defendants, pending the outcome of this litigation.

THE PLAINTIFFS,

BY_____
Stephan Seeger, Esq. (CT 19234)
Law Offices: Stephen J. Carriero
810 Bedford Street, Suite 3
Stamford, CT 06901
(203) 273-5170
(203) 357-0608
Seegerkid2@aol.com

## **ORDER**

The foregoing motion having been heard this     day of October, 2019, is hereby

granted/denied as follows:

_____
Hon.        , District Court Judge