UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MOSSACK FONSECA & CO., S.A, BUFETE MF & CO., JÜRGEN MOSSACK and RAMÓN FONSECA | : : : : | CIVIL ACTION NO: |
| Plaintiffs | : | |
| v. | : : | |
| NETFLIX INC. | : | |
| Defendant | : | OCTOBER 15, 2019 |

## ORDER TO SHOW CAUSE & [PROPOSED] TEMPORARY RESTRAINING ORDER

Upon the Verified Complaint herein, Application for Temporary Restraining Order, Affidavit of Arthur Ventura Jr., and Memorandum of Law in Support thereof, it is hereby:

**ORDERED** that the Defendants show cause before this Court on the ___ th day of October, 2019, at _____ o'clock ___, why an Order should not be entered pursuant to Rule 65 of the Federal Rules of Civil Procedure, enjoining the Defendants, their agents, servants, employees, and assigns, pending further order of this Court as provided by the Federal Rules of Civil Procedure, as requested by the Plaintiff. Briefs in support of the motion for preliminary injunction and/or in opposition thereto shall be filed and served by the parties as follows:

Plaintiffs on or before _____, 2019, at _____ pm.

Defendant on or before _____, 2019, at _____ pm.

**AND WHEREAS**, it appearing from the facts alleged in the Verified Complaint and the Memorandum of Law in Support of the Temporary Restraining Order, that immediate and irreparable injury, loss, or damage will result to the Plaintiff before a hearing can be held upon Plaintiff's motion for Preliminary Injunction, the following Proposed Order is submitted

# **TEMPORARY RESTRAINING ORDER**

**IT IS ORDERED** that a Temporary Restraining Order hereby issue without the necessity of Plaintiffs' posting a bond, the same continuing in full force and effect as against the Defendant, **NETFLIX INC.,** pending the outcome of a Preliminary Injunction hearing pursuant to FRCP Rule 65, enjoining said Defendant, from releasing, publishing, showing, airing, broadcasting, disseminating and/or otherwise communicating its film "The Laundromat" in theatres and/or via its streaming platform to subscribers, using the real names of the Plaintiffs, or any of them, absent a disclaimer and/or written acknowledgement displayed on-screen to potential viewers confirming that Plaintiffs have never been convicted of money laundering, tax evasion or any financial crime or conspiracy to commit such crime, and that views expressed or implied in the movie "The Laundromat do not, and are not, meant or intended by **NETFLIX INC.,** to constitute proof to the contrary.

**IT IS FURTHER ORDERED** that a Temporary Restraining Order hereby issue without the necessity of Plaintiffs posting a bond, the same continuing in full force and effect as against the Defendant, **NETFLIX INC.,** pending the outcome of a Preliminary Injunction hearing, pursuant to FRCP Rule 65, enjoining said Defendant from using Mossack Fonseca & Co., S.A.'s trademarked and protected logo(s), in the movie "The Laundromat," and/or any promotional, informational, advertising, or other material, related to "The Laundromat," in any Member States of the 1929 General Inter American Convention for Trademark and Commercial Protection, to wit: the United States and/or Peru, Bolivia, Paraguay, Ecuador, Uruguay, Dominican Republic, Chile, Panama, Venezuela, Costa Rica, Cuba, Guatemala, Haiti, Colombia, Brazil, Mexico, Nicaragua, or Honduras.

**IT IS FURTHER ORDERED** that, pursuant to FRCP Rule 4(f)(3), service via e-mail and Federal Express of a copy of this Order and the papers upon which it is granted, made upon the Defendant , **NETFLIX**, or its Counsel, on or before _____ , 2019, shall be deemed good and sufficient service and notice thereof.

**IT IS FURTHER ORDERED**,

Dated at, _____ , Connecticut, this_____ day of _____, 2019.

BY: _____
UNITED STATES DISTRICT COURT JUDGE