UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MOSSACK FONSECA & CO., S.A.; BUFETE MF & CO.; JURGEN MOSSACK; and RAMON FONSECA,<br><br>*Plaintiffs*,<br><br>v.<br><br>NETFLIX INC.,<br><br>*Defendant*. | Civil No. 3:19-cv-1618 (JBA)<br><br>October 16, 2019 |

**ENDORSEMENT ORDER**

Based on the colloquy on the record on October 16, 2019, the following schedule was ordered:

1. Plaintiffs shall file their Opposition to Defendant's Motion to Dismiss [Doc. # 9] by 12:00 p.m. on October 17, 2019.

2. Defendant shall file its Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss by 5:00 p.m. on October 17, 2019.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 16th day of October 2019.